1  J. Gary Gwilliam, Esq. (State Bar No. 33430)
2  Randall E. Strauss, Esq. (State Bar No. 168363)
   Jayme L. Walker, Esq. (State Bar No. 273159)
3  GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
   1999 Harrison Street, Suite 1600
4  Oakland, CA 94612-3528
   Telephone: (510) 832-5411
5  Facsimile: (510) 832-1918
   Email: ggwilliam@giccb.com; rstrauss@giccb.com; jwalker@giccb.com
6
7  Attorneys for Plaintiff
   FRANK CARSON
8
                    UNITED STATES DISTRICT COURT
9
                 EASTERN DISTRICT OF CALIFORNIA
10

11  FRANK CARSON,                          Case No. 1:20-CV-00747-TLN-BAM

12              Plaintiffs,                 **STIPULATION AND ORDER TO**
                                            **RESCHEDULE HEARING**
13  vs.                                     **REGARDING DEFENDANT COUNTY**
                                            **OF STANISLAUS' MOTION TO**
14                                          **DISMISS**
    COUNTY OF STANISLAUS, CITY OF
15  MODESTO, CITY OF CERES, BIRGIT
    FLADAGER, MARLISSA FERREIRA,
16  DAVID HARRIS; KIRK BUNCH, STEVE
    JACOBSON, JON EVERS, DEREK
17  PERRY, CORY BROWN, and DOES 1-25,
    inclusive,
18
19              Defendants.
20
21
22
23
24
25
26
27
28

STIP AND ORDER                      1                CASE NO. 1:20-CV-00747

Plaintiff FRANK CARSON ("Plaintiff") and defendants COUNTY OF STANISLAUS, ("Defendants") through their respective counsel, hereby agree and stipulate as follows:

1.      WHEREAS Plaintiff filed the complaint [Document 1] in this action on May 28, 2020.

2.      WHEREAS Plaintiff Defendants County of Stanislaus, Birgit Fladager, Marlissa Ferreira, David Harris, Kirk Bunch, Steve Jacobson, and Cory Brown filed a Motion to Dismiss Plaintiff's Complaint [Document 13] on September 1, 2020. The hearing date for the motion is set for October 29, 2020 at 2:00 p.m. in Courtroom 2 (TLN) before District Judge Troy L. Nunley.

3.      WHEREAS Defendants City of Modest and Jon Evers filed a Rule(b)(6) Motion to Dismiss the First Amended Complaint (incorrectly titled) [Document 16] on September 29, 2020. The hearing date for the motion is set for December 3, 2020 at 2:00 p.m. in Courtroom 2 (TLN) before District Judge Troy L. Nunley.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

4.    WHEREAS Plaintiff and Defendants County of Stanislaus, Birgit Fladager, Marlissa Ferriera, David Harris, Kirk Bunch, Steve Jacobsen and Cory Brown have agreed that it would be more convenient for the court to hear both motions on the same day and hereby stipulate to have County of Stanislas' Motion to Dismiss heard on the same day as City of Modesto's Motion to Dismiss. It is therefore stipulated and agreed that both motions can be heard by the court on December 3, 2020 at 2:00 p.m. in Courtroom 2. Pursuant to local rules, opposition will be due November 19, 2020 and replies will be due November 26, 2020.

DATE: October 14, 2020                    GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER

/s/
J. Gary Gwilliam
Randall E. Strauss
Jayme L. Walker
Attorneys for Plaintiff
FRANK CARSON

DATE: October 14, 2020                    MEYERS NAVE RIBACK SILVER & WILSON

/s/
John R. Whitefleet
Attorneys for Defendants
COUNTY OF STANISLAUS, BIRGIT FLADAGER,
MARLISSA FERRIERA, DAVID HARRIS, KIRK
BUNCH, STEVE JACOBSEN, CORY BROWN

**ORDER**

IT IS SO ORDERED.

1.      Pursuant to the Parties' stipulation, Defendants County of Stanislaus, Birgit Fladager, Marlissa Ferriera, David Harris, Kirk Bunch, Steve Jacobsen and Cory Brown's Motion to Dismiss will be heard at the same time as the other Defendants City of Modesto and Jon Evers' Motion to Dismiss on December 3, 2020 at 2:00 pm.

2.      Oppositions due November 19, 2020 and replies due November 26, 2020

Dated: October 14, 2020

Troy L. Nunley
United States District Judge