**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant COUNTY OF STANISLAUS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALJIT ATHWAL, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:15-cv-00311-TLN-BAM<br><br>**STIPULATION AND ORDER TO CONSOLIDATE FOR PURPOSES OF DISCOVERY** |
| GEORGIA DEFILIPPO, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:18-cv-00496-TLN-BAM |
| EDUARDO QUINTANAR, JR.<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:18-cv-01403-TLN-BAM |

| | |
|---|---|
| FRANK CARSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:20-cv-00747-TLN-BAM |
| WALTER W. WELLS, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:20-cv-00770-TLN-BAM |

　　　　The parties submit the following Stipulation to Consolidate the above matters for purposes of discovery:

　　　　The above cases all arise out of the investigation into the murder of Korey Kauffman, and prosecution of criminal charges against each of the Plaintiffs.

　　　　On February 26, 2015, Plaintiffs Baljit Athwal, Navneet Athwal and Daljit Atwal filed the First-Filed Action against the County of Stanislaus, City of Turlock, City of Modesto, City of Ceres, the Stanislaus County Office of the District Attorney, Kirk Bunch, Jon Evers, Timothy Redd, Dale Lingerfelt, Steve Jacobson, Birgit Fladager, Galen Carroll, and Paul Edward Jones, asserting constitutional violations during Defendants' investigation of the murder of Korey Kauffman, including their arrest pursuant to warrant. The matter was stayed pending the resolution of the criminal proceedings. Following an acquittal on June 28, 2019, the stay was lifted and on September 26, 2019, plaintiffs sought leave to amend to add malicious prosecution claims, and that motion was granted in Document 85, on July 28, 2020.

　　　　On April 10, 2018, Plaintiffs Georgia DeFilippo and Christina DeFilippo filed an action against the County of Stanislaus, City of Turlock, City of Modesto, City of Ceres, Birgit Fladager, Marlissa

1  Ferreira, Kirk Bunch, Steve Jacobson, Dale Lingerfelt, Froilan Mariscal, Llloyd MacKinnon, Jon Evers,
2  Derek Perry, Cory Brown, Greg Jones, Timothy Redd, Kenneth Barringer and Frank Navarro, asserting
3  constitutional violations as arising from investigation of the murder of Korey Kauffman, including their
4  arrest pursuant to warrant, and malicious prosecution following the dismissal of the charges against
5  them.  This case was stayed pending resolution of the criminal charges against others, which was lifted
6  following acquittals in June 2019.  On May 21, 2020, Plaintiffs were granted leave to amend, and a First
7  Amended Complaint was filed.  Defendants have moved to dismiss which is pending.

   On October 11, 2018, Plaintiff Eduardo Quintanar Jr, filed an action against County of Stanislaus, City of Modesto, Birgit Fladager, Marlissa Ferreira, Kirk Bunch, Steve Jacobson, Cory Brown, and Jon Evers asserting constitutional violations as arising from investigation of the murder of Korey Kauffman, including his arrest pursuant to warrant, and malicious prosecution following the dismissal of the charges against him.  This case was stayed pending resolution of the criminal charges against others, which was lifted following acquittals in June 2019.   Defendants moved to dismiss the Complaint and in response, Plaintiffs filed a First Amended Complaint on May 18, 2020.  Defendants have filed a motion to dismiss which is currently pending.

   On May 28, 2020, Plaintiff Frank Carson filed an action against County of Stanislaus, City of Modesto, City of Ceres, Birgit Fladager, Marlissa Ferreira, David Harris, Kirk Bunch, Steve Jacobson, Jon Evers, Derek Perry and Cory Brown, asserting constitutional violations as arising from investigation of the murder of Korey Kauffman, including his arrest pursuant to warrant, and malicious prosecution following the acquittal of the charges against him.  Defendants have moved to dismiss which is pending.

   On May 29, 2020, Plaintiffs Walter Wells and Scott McFarlane filed an action against County of Stanislaus, City of Modesto, City of Ceres, the Stanislaus Office of District Attorney, Birgit Fladager, Kirk Bunch, Steve Jacobson, Jon Evers, Dale Lingerfelt, Derek Perry and Cory Brown, asserting constitutional violations as arising from investigation of the murder of Korey Kauffman, including his arrest pursuant to warrant, and malicious prosecution following the dismissal of the charges against them. Defendants have moved to dismiss which is pending.

///
///

On June 17, 2020, the court related the above-captioned cases.

Plaintiffs and Defendants recognize and stipulate that these cases involve a common question of law or fact per Federal Rule of Civil Procedure Rule 42.  The cases concern the same parties, the same events, the same or similar claims, and the same or similar questions of law. Consolidating these related cases for purposes of discovery will conserve judicial resources and promote an efficient determination of the actions, streamline and economize pretrial proceeding and avoid unnecessary costs.

Dated:  November 13, 2020                    MORRISON & FOERSTER LLP


By   /s/ Robert Sandoval (authorized on 11-13-2020)
         Robert Sandoval
         Attorneys for Plaintiffs
         BALJIT ATHWAL, NAVNEET ATHWAL,
         DALJIT ATWAL, and KARAN INC., dba
         POP-N-CORK

         Attorneys for Plaintiffs
         WALTER WELLS and
         SCOTT McFARLANE


Dated:  November 13, 2020                    GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER


By   /s/ Jayme L. Walker (authorized on 11-13-2020)
         Jayme L. Walker
         Attorneys for Plaintiffs
         GEORGIA DEFILIPPO and
         CHRISTINA DEFILIPPO

         Attorneys for Plaintiff
         FRANK CARSON

         Attorneys for Plaintiff
         EDUARDO QUINTANAR, JR.

| | | |
|---|---|---|
| 1 | Dated: November 13, 2020 | ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP |

By  /s/ Patrick Moriarty (authorized on 11-13-2020)
    Patrick Moriarty
    Attorneys for Defendants
    CITY OF MODESTO, CHIEF GALEN
    CARROLL and DETECTIVE JON EVERS

Dated: November 13, 2020    ARATA SWINGLE VAN EDMOND & HEITLINGER

By  /s/ Bradley S. Swingle (authorized on 11-13-2020)
    Bradley S. Swingle
    Attorneys for Defendants
    CITY OF CERES, CITY OF TURLOCK,
    TIMOTHY REDD and DEREK PERRY

Dated: November 13, 2020    NUSSBAUM APC

By  /s/ T. J. Stephens authorized on 11-13-2020)
    T.J. Stephens
    Attorneys for Defendant
    PAUL EDWARD JONES

Dated: November 13, 2020    PORTER SCOTT
    A PROFESSIONAL CORPORATION

By  /s/ John R. Whitefleet
    John R. Whitefleet
    Attorneys for Defendants
    COUNTY OF STANISLAUS, STANISLAUS
    COUNTY OFFICE OF THE DISTRICT
    ATTORNEY, BIRGIT FLADAGER, KIRK
    BUNCH, STEVE JACOBSON, DALE
    LINGERFELT, CORY BROWN, MARLISSA
    FERREIRA, DAVID HARRIS

1  PURSUANT TO STIPULATION, these matters are consolidated for purposes of discovery.

2  Dated: November 13, 2020

```
                                    _____
                                    Troy L. Nunley
                                    United States District Judge
```