J. Gary Gwilliam, Esq. (State Bar No. 33430)
Randall E. Strauss, Esq. (State Bar No. 168363)
Jayme L. Walker, Esq. (State Bar No. 273159)
GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
1999 Harrison Street, Suite 1600
Oakland, CA 94612-3528
Telephone: (510) 832-5411
Facsimile: (510) 832-1918
Email: ggwilliam@giccb.com; rstrauss@giccb.com; jwalker@giccb.com

Attorneys for Plaintiff
FRANK CARSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK CARSON,<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF STANISLAUS, CITY OF MODESTO, BIRGIT FLADAGER, MARLISSA FERREIRA, DAVID HARRIS; KIRK BUNCH, STEVE JACOBSON, JON EVERS, CORY BROWN, and DOES 1-25, inclusive,<br><br>    Defendants. | Case No. 1:20-CV-00747-TLN-BAM<br><br>**STIPULATION AND ORDER TO FILE AMENDED COMPLAINT** |

Plaintiff FRANK CARSON ("Plaintiff") and defendants COUNTY OF STANISLAUS BIRGIT FLADAGER, MARLISSA FERREIRA, DAVID HARRIS; KIRK BUNCH, STEVE JACOBSON, and CORY BROWN as well as DEFENDANTS CITY OF MODESTO AND JON EVERS ("Defendants") through their respective counsel, hereby agree and stipulate as follows:

1. WHEREAS Plaintiff filed the complaint [Document 1] in this action on May 28, 2020.

2. WHEREAS Plaintiff Defendants County of Stanislaus, Birgit Fladager, Marlissa Ferreira, David Harris, Kirk Bunch, Steve Jacobson, and Cory Brown filed a Motion to Dismiss Plaintiff's Complaint [Document 13] on September 1, 2020. The hearing date for the motion is set for December 3, 2020 at 2:00 p.m. in Courtroom 2 (TLN) before District Judge Troy L. Nunley.

3. WHEREAS Defendants City of Modesto and Jon Evers filed a Rule(b)(6) Motion to Dismiss the First Amended Complaint (incorrectly titled) [Document 16] on September 29, 2020. The hearing date for the motion is set for December 3, 2020 at 2:00 p.m. in Courtroom 2 (TLN) before District Judge Troy L. Nunley.

4. WHEREAS, PLAINTIFF FRANK CARSON died on August 12, 2020 and his Estate was formed and will continue this action and other causes of action were either abated by reason of Mr. Carson's death or arose by reason of Mr. Carson's death, the parties hereby stipulate the filing of this amended Complaint with Defendants reserving all objections to the sufficiency of the allegations.

5. All parties agree that the pending Motions to Dismiss are off calendar.

///
///
///
///
///
///
///

6. Defendants' Responses will be due 30 days from the filing of the First Amended Complaint.

| | |
|---|---|
| DATE: November 19, 2020 | GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER |
| | |
| | /s/ Jayme L. Walker |
| | J. Gary Gwilliam<br>Randall E. Strauss<br>Jayme L. Walker<br>Attorneys for Plaintiff<br>FRANK CARSON |
| DATE: November 19, 2020 | PORTER SCOTT<br>A PROFESSIONAL CORPORATION |
| | |
| | /s/ John R. Whitefleet (authorized on 11/19/20) |
| | John R. Whitefleet<br>Attorneys for Defendants<br>COUNTY OF STANISLAUS, BIRGIT FLADAGER, MARLISSA FERRIERA, DAVID HARRIS, KIRK BUNCH, STEVE JACOBSEN, CORY BROWN |
| DATE: November 19, 2020 | ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP |
| | |
| | /s/ Patrick Moriarty (authorized on 11/19/20) |
| | Patrick Moriarty<br>Attorneys for Defendants<br>CITY OF MODESTO AND JON EVERS |

1 **ORDER**

2     IT IS SO ORDERED.

3     1.     Pursuant to the Parties' stipulation, Plaintiff will file an amended Complaint in the above captioned action.

5     2.     The pending Motions to Dismiss are off calendar.

6     3.     Defendants' Responses will be due 30 days from the filing of the First Amended Complaint.

Dated: November 19, 2020

                        Troy L. Nunley
                        United States District Judge