UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF FRANK CARSON and GEORGIA DEFILIPPO, as an individual and as successor in interest to FRANK CARSON,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>Defendants. | Case No. 1:20-cv-00747-TLN-BAM<br><br>**ORDER DIRECTING CLERK TO AMEND CAPTION** |

On November 20, 2020, the Court granted the parties' stipulation to allow for amendment of the complaint following the death of Plaintiff Frank Carson. (Doc. No. 25.) On the same date, the Estate of Frank Carson and Georgia DeFilippo, as an individual and as successor in interest to Frank Carson, filed the First Amended Complaint. (Doc. No. 26.) Accordingly, the Clerk of the Court is directed to amend the caption and docket in this matter to reflect that this action proceeds on behalf of the Estate of Frank Carson and Georgia DeFilippo as an individual and as successor in interest to Frank Carson.

IT IS SO ORDERED.

Dated:   **December 8, 2020**          /s/ *Barbara A. McAuliffe*    
                                    UNITED STATES MAGISTRATE JUDGE

1