J. Gary Gwilliam, Esq. (State Bar No. 33430)
Randall E. Strauss, Esq. (State Bar No. 168363)
Jayme L. Walker, Esq. (State Bar No. 273159)
GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
1999 Harrison Street, Suite 1600
Oakland, CA 94612-3528
Telephone: (510) 832-5411
Facsimile: (510) 832-1918
Email: ggwilliam@giccb.com; rstrauss@giccb.com; jwalker@giccb.com

Attorneys for Plaintiffs
ESTATE OF FRANK CARSON AND GEORGIA DEFILIPPO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF FRANK CARSON and GEORGIA DEFILIPPO, as an individual and as successor in interest to FRANK CARSON,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF STANISLAUS, CITY OF MODESTO, CITY OF CERES, BIRGIT FLADAGER, MARLISSA FERREIRA, DAVID HARRIS; KIRK BUNCH, STEVE JACOBSON, JON EVERS, DEREK PERRY, CORY BROWN, and DOES 1-25, inclusive,<br><br>　　　　Defendants. | Case No. 1:20-CV-00747-TLN-BAM<br><br>**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL** |

///

///

///

Pursuant to FRCP 41(a)(1), Plaintiffs ESTATE OF FRANK CARSON and GEORGIA DEFILIPPO ("Plaintiffs") and defendants CITY OF CERES and DEREK PERRY ("Defendants"), through their respective counsel, hereby agree and stipulate to the following;

1. The Defendant City of Ceres shall be dismissed with prejudice;
2. The Defendant Derek Perry shall be dismissed with prejudice.

Each party is to bear its own attorney's fees and costs.

DATE: December 17, 2020               GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER

/s/ Jayme L. Walker
J. Gary Gwilliam
Randall E. Strauss
Robert J. Schwartz
Jayme L. Walker
Attorneys for Plaintiffs
ESTATE OF FRANK CARSON AND
GEORGIA DEFILIPPO

DATE: December 17, 2020               ARATA SWINGLE VAN EGMOND & HEITLINGER

/s/ Bradley Swingle (authorized 12/17/20)
Bradley James Swingle
Attorneys for Defendants
CITY OF TURLOCK, CITY OF CERES,
FRANK NAVARRO, TIMOTHY REDD,
DEREK PERRY

**ORDER**

Pursuant to the stipulation of the parties:

    1.    The Defendant City of Ceres is dismissed with prejudice;

    2.    The Defendant Derek Perry is dismissed with prejudice.

Each party is to bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated: December 17, 2020

    Troy L. Nunley
    United States District Judge