J. Gary Gwilliam, Esq. (State Bar No. 33430)
Randall E. Strauss, Esq. (State Bar No. 168363)
Jayme L. Walker, Esq. (State Bar No. 273159)
Angelina M. Austin, Esq. (State Bar No. 336250)
GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
1999 Harrison Street, Suite 1600
Oakland, CA 94612-3528
Telephone: (510) 832-5411
Facsimile: (510) 832-1918
Email: ggwilliam@giccb.com; rstrauss@giccb.com; jwalker@giccb.com, aaustin@giccb.com

*Attorneys for Plaintiffs*
ESTATE OF FRANK CARSON; GEORGIA DEFILIPPO; CHRISTINA DEFILIPPO; & EDUARDO QUINTANAR, JR.

ARTURO J. GONZALEZ (CA SBN 121490)
AGonzalez@mofo.com
JESSICA L. GRANT (CA SBN 178138)
JGrant@mofo.com
MATTHEW A. CHIVVIS (CA SBN 251325)
MChivvis@mofo.com
ROBERT S. SANDOVAL (CA SBN 311032)
RSandoval@mofo.com
MEREDITH L. ANGUEIRA (CA SNB 333222)
MAngueira@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California, 94105-2482
Telephone: 415.268.7000

*Attorneys for Plaintiffs*
BALJIT ATHWAL, DALJIT ATWAL, WALTER W. WELLS and SCOTT McFARLANE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF FRANK CARSON AND GEORGIA DEFILIPPO, as an individual and as successor in interest to FRANK CARSON,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF STANISLAUS, CITY OF MODESTO, BIRGIT FLADAGER, MARLISSA FERREIRA, DAVID HARRIS; | Case No. 1:20-CV-00747-TLN-BAM<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE AMENDED COMPLAINT FILING DATE**<br><br>Related to:<br>1:15-cv-00311-TLN-BAM (Athwal)<br>1:20-cv-00770-TLN-BAM (Wells) |

STIP. AND ORDER TO CONT. AMENDED COMPLAINT FILING DATE

1

GWILLIAM IVARY CHIOSSO CAVALLI & BREWER
ATTORNEYS AT LAW
A Professional Corporation
1999 Harrison St., Suite 1600, Oakland, CA 94612

| | |
|---|---|
| KIRK BUNCH, STEVE JACOBSON, JON EVERS, CORY BROWN, and DOES 1-25, inclusive,<br><br>Defendants. | |
| GEORGIA DEFILIPPO AND CHRISTINA DEFILIPPO,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF STANISLAUS, ET AL.<br><br>Defendants. | Case No. 1:18-cv-00496-TLN-BAM |
| EDUARDO QUINTANAR, JR.,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF STANISLAUS, ET AL.<br><br>Defendants. | Case No. 1:18-cv-01403-TLN-BAM |
| BALJIT ATHWAL and DALJIT ATWAL,<br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF STANILSAUS; CITY OF TURLOCK; CITY OF MODESTO; CITY OF CERES; STANISLAUS COUNTY OFFICE OF THE DISTRICT ATTORNEY; KIRK BUNCH; JON EVERS; TIMOTHY REDD; DALE LINGERFELT; STEVE JACOBSON; BIRGIT FLADAGER; GALEN CARROLL; PAUL EDWARD JONES<br><br>Defendants. | Case No. 1:15-cv-00311-TLN-BAM |

STIP. AND ORDER TO CONT. AMENDED COMPLAINT FILING DATE

2

| | |
|---|---|
| WALTER W. WELLS and SCOTT MCFARLANE<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF STANISLAUS, ET AL.<br><br>Defendants. | Case No. 1:20-cv-00770-TLN-BAM |

Plaintiffs ESTATE OF FRANK CARSON; GEORGIA DEFILIPPO; CHRISTINA DEFILIPPO; EDUARDO QUINTANAR, JR.; BALJIT ATHWAL; DALJIT ATHWAL; KARAN INC. dba POP-N-CORK; WALTER WELLS; SCOTT MCFARLANE ("Plaintiffs"); and defendants COUNTY OF STANISLAUS; CITY OF MODESTO; CITY OF TURLOCK; CITY OF CERES; STANISLAUS COUNTY OFFICE OF THE DISTRICT ATTORNEY; BIRGIT FLADAGER; MARLISSA FERREIRA; DAVID HARRIS; KIRK BUNCH; STEVE JACOBSON; CORY BROWN; JON EVERS; TIMOTHY REDD; DALE LINGERFELT; GALEN CARROL; FROLIAN MARISCAL; LLOYD MCKINNON; GREG JONES; KENNETH BARRINGER; GALEN CARROLL; FRANK NAVARRO; and TIMOTHY REDD ("Defendants") through their respective counsel, hereby agree and stipulate as follows:

1. WHEREAS on September 29, 2021, the Honorable Judge Nunley dismissed plaintiffs' complaints with leave to file an amended complaint within 30 days;

2. WHEREAS Plaintiffs' amended complaint is presently due for filing on October 28, 2021;

3. WHEREAS the Honorable Judge Nunley issued the order to dismiss with leave to amend while counsel for Plaintiffs CARSON, the DEFILIPPOES and QUINTANAR were engaged in a month-long trial;

4. WHEREAS Jayme L. Walker, the lead attorney for Plaintiffs CARSON; the DEFILIPPOES; and QUINTANAR, is currently on maternity leave;

5. WHEREAS Plaintiffs' law firm has a conflicting filing deadline pertaining to a writ of mandamus in another action;

GWILLIAM IVARY CHIOSSO CAVALLI & BREWER
ATTORNEYS AT LAW
A Professional Corporation
1999 Harrison St., Suite 1600, Oakland, CA 94612

6. All parties agree that the deadline for filing the Amended Complaint be continued to November 18, 2021;

7. Defendants' responsive pleading shall be filed no later than 30 days after service of the plaintiffs' Amended Complaint.

IT IS SO STIPULATED.

DATE: October 25, 2021                    GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER

/s/ *Angelina M. Austin*
J. Gary Gwilliam
Randall E. Strauss
Jayme L. Walker
Angelina M. Austin
Attorneys for Plaintiffs
ESTATE OF FRANK CARSON, GEORGIA DEFILIPPO, CHRISTINA DEFILIPPO AND EDUARDO QUINTANAR, JR.

DATE: October 25, 2021                    MORRISON & FOERSTER LLP

/s/ *Arturo Gonzales* *
Arturo Gonzalez
Attorney for Plaintiffs
BALJIT ATHWAL, NAVNEED ATHWAL, DALJIT ATWAL, KARAN INC., DBA POP-N-CORK, WALTER WELLS AND SCOTT MCFARLANE

///

DATE: October 25, 2021                    PORTER SCOTT
                                          A PROFESSIONAL CORPORATION

/s/ *John R. Whitefleet* *
John R. Whitefleet
Attorneys for Defendants
COUNTY OF STANISLAUS, STANISLAUS COUNTY OFFICE OF THE DISTRICT ATTORNEY, BIRGIT FLADAGER, MARLISSA FERRIERA, DAVID HARRIS, KIRK BUNCH,

|  |  |
|---|---|
|  | STEVE JACOBSON, CORY BROWN, DALE LINGERFELT, FROLIAN MARISCAL, LLOYD MACKINNON, GREG JONES, KENNETH BARRINGER |
| DATE: October 25, 2021 | ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP |
|  | /s/ *Patrick Moriarty* * |
|  | John B. Robinson<br>Patrick Moriarty<br>Attorneys for Defendants<br>CITY OF MODESTO, JON EVERS, AND GALEN CARROLL |
| DATE: October 25, 2021 | ARATA SWINGLE VAN EGMOND & HEITLINGER |
|  | /s/ *Bradley J. Swingle* * |
|  | Bradley J. Swingle<br>Attorneys for Defendants<br>CITY OF TURLOCK, CITY OF CERES, FRANK NAVARRO, AND TIMOTHY REDD |

* *Parties have consented to use of their electronic signature.*

**<u>ORDER</u>**

Pursuant to the stipulation of the parties:

1. The deadline for Plaintiffs to file an Amended Complaint is continued to November 18, 2021.

2. The Defendants' responsive pleading shall be filed no later than 30 days after service of the plaintiffs' Amended Complaint.

**IT IS SO ORDERED.**

Dated: October 26, 2021

_____
Troy L. Nunley
United States District Judge