J. Gary Gwilliam, Esq. (State Bar No. 33430)
Randall E. Strauss, Esq. (State Bar No. 168363)
Jayme L. Walker, Esq. (State Bar No. 273159)
Angelina M. Austin, Esq. (State Bar No. 336250)
GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
1999 Harrison Street, Suite 1600
Oakland, CA 94612-3528
Telephone: (510) 832-5411
Facsimile: (510) 832-1918
Email: ggwilliam@giccb.com; rstrauss@giccb.com; jwalker@giccb.com, aaustin@giccb.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF FRANK CARSON AND GEORGIA DEFILIPPO, as an individual and as successor in interest to FRANK CARSON,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF STANISLAUS, CITY OF MODESTO, BIRGIT FLADAGER, MARLISSA FERREIRA, DAVID HARRIS; KIRK BUNCH, STEVE JACOBSON, JON EVERS, CORY BROWN, and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 1:20-CV-00747-TLN-BAM<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND PAGE LIMIT FOR PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' MOTION TO DISMISS**<br><br><br>Related to:<br>1:15-cv-00311-TLN-BAM (Athwal)<br>1:20-cv-00770-TLN-BAM (Wells) |
| GEORGIA DEFILIPPO AND CHRISTINA DEFILIPPO,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF STANISLAUS, ET AL.<br><br>Defendants. | Case No. 1:18-cv-00496-TLN-BAM |

| | |
|---|---|
| EDUARDO QUINTANAR, JR., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF STANISLAUS, ET AL. <br><br> Defendants. | Case No. 1:18-cv-01403-TLN-BAM |

On November 13, 2020, the Honorable Judge Nunley consolidated this matter with related cases *DeFilippo, et al v. Stanislaus et al*, USDC No. 1:18-cv-00496; *Quintanar v. Stanislaus, et al*, USDC No. 1:18-cv-01403; *Wells, et al v. Stanislau,s et al*, USDC No. 1:20-cv-00770; and *Athwal, et al v. Stanislaus et* al USDC No. 1:15-cv-0031, for discovery purposes (Docket #23 of *Carson, et al.*).  The parties in this matter filed a stipulation and proposed order extending the pages limit to twenty-five (25) for Plaintiffs' Oppositions to Defendants' FRCP 12(b)(6) motions to dismiss, in related case *Athwal, et al. v. Stanislaus, et al.,* USDC No. 1:15-cv-0031 (Docket # 185).  That stipulation, attached here as **Exhibit A**, is a true and accurate copy of the parties' Joint Stipulation and Proposed Oder to Extend Page Limit for Plaintiffs' Oppositions to Defendants' FRCP 12(b)(6) Motions to Dismiss, in all related cases.

DATE: March 28, 2022                                       GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER

/s/ *Angelina M. Austin*

J. Gary Gwilliam
Randall E. Strauss
Jayme L. Walker
Angelina M. Austin
Attorneys for Plaintiffs
ESTATE OF FRANK CARSON , GEORGIA DEFILIPPO, CHRISTINA DEFILIPPO AND EDUARDO QUINTANAR, JR.

GWILLIAM IVARY CHIOSSO CAVALLI & BREWER
ATTORNEYS AT LAW
A Professional Corporation
1999 Harrison St., Suite 1600, Oakland, CA 94612

# EXHIBIT A

1  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
2  JESSICA L. GRANT (CA SBN 178138)
   JGrant@mofo.com
3  MATTHEW A. CHIVVIS (CA SBN 251325)
   MChivvis@mofo.com
4  ROBERT S. SANDOVAL (CA SBN 311032)
   RSandoval@mofo.com
5  MEREDITH L. ANGUEIRA (CA SBN 333222)
   MAngueira@mofo.com
6  MORRISON & FOERSTER LLP
   425 Market Street
7  San Francisco, California 94105-2482
   Telephone: 415.268.7000
8
   Attorneys for Plaintiffs
9  BALJIT ATHWAL, DALJIT ATWAL, WALTER W. WELLS
   and SCOTT McFARLANE
10

11                     UNITED STATES DISTRICT COURT

12                     EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 13  BALJIT ATHWAL and DALJIT ATWAL, | Case No. 1:15-cv-00311-TLN-BAM |
| 14               Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND PAGE LIMIT FOR PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS** |
| 15         v. | |
| 16  COUNTY OF STANILSAUS; CITY OF TURLOCK; CITY OF MODESTO; CITY OF CERES; STANISLAUS COUNTY OFFICE OF THE DISTRICT ATTORNEY; KIRK BUNCH; JON EVERS; TIMOTHY REDD; DALE LINGERFELT; STEVE JACOBSON; BIRGIT FLADAGER; GALEN CARROLL; | |
| 17 | Hon. Troy L. Nunley |
| 18 | Trial: None Set |
| 19 | Related to: CASE NO. 1:20-CV-00770-TLN-BAM CASE NO. 1:20-CV-00747-TLN-BAM CASE NO. 1:18-cv-00496-TLN-BAM CASE NO. 1:18-cv-01403-TLN-BAM |
| 20              Defendants. | |
| 21 | |
| 22  WALTER W. WELLS and SCOTT MCFARLANE | Case No. 1:20-cv-00770-TLN-BAM |
| 23 | |
| 24              Plaintiffs, | |
| 25        v. | |
| 26  COUNTY OF STANISLAUS, ET AL. | |
| 27              Defendants. | |

28  JOINT STIPULATION & [PROPOSED] ORDER TO EXTEND PAGE LIMIT FOR PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' MOTION TO DISMISS
    CASE NO. 1:15-cv-00311-TLN-BAM

    sf-4764238

| | |
|---|---|
| FRANK CARSON,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS, CITY OF MODESTO, CITY OF CERES, BIRGIT FLADAGER, MARLISSA FERREIRA, DAVID HARRIS, KIRK BUNCH, STEVE JACOBSON, JON EVERS, CORY BROWN, and DEREK PERRY, and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 1:20-cv-00747-TLN-BAM |
| GEORGIA DEFILIPPO AND CHRISTINA DEFILIPPO<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS, ET AL.<br><br>Defendants. | Case No. 1:18-cv-00496-TLN-BAM |
| EDUARDO QUINTANAR, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS, ET AL.<br><br>Defendants. | Case No. 1:18-cv-01403-TLN-BAM |

JOINT STIPULATION & [PROPOSED] ORDER TO EXTEND PAGE LIMIT FOR PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' MOTION TO DISMISS
CASE NO. 1:15-cv-00311-TLN-BAM                                                                                                    2

sf-4764238

Defendants COUNTY OF STANISLAUS; CITY OF MODESTO; STANISLAUS COUNTY OFFICE OF THE DISTRICT ATTORNEY; BIRGIT FLADAGER; MARLISSA FERREIRA; DAVID HARRIS; KIRK BUNCH; STEVE JACOBSON; CORY BROWN; JON EVERS; TIMOTHY REDD; DALE LINGERFELT; GALEN CARROL; FROLIAN MARISCAL; LLOYD MCKINNON; GREG JONES; KENNETH BARRINGER; GALEN CARROLL; and FRANK NAVARRO ("Defendants") and Plaintiffs ESTATE OF FRANK CARSON; GEORGIA DEFILIPPO; CHRISTINA DEFILIPPO; EDUARDO QUINTANAR, JR.; BALJIT ATHWAL; DALJIT ATHWAL; WALTER WELLS; and SCOTT MCFARLANE ("Plaintiffs") through their respective counsel, hereby agree and stipulate as follows:

1. WHEREAS Plaintiffs have been served with multiple separate motions to dismiss;

2. WHEREAS Plaintiffs have settled their claims against City of Ceres and City of Turlock;

3. WHEREAS additional space is needed to respond to the arguments raised by the remaining Defendants;

4. All parties agree to a 25 page limit for Plaintiffs' Oppositions to Defendants' FRCP 12(b)(6) motions to dismiss.

Dated: March 28, 2022

Respectfully submitted,

ARTURO J. GONZÁLEZ
JESSICA L. GRANT
MATTHEW CHIVVIS
ROBERT S. SANDOVAL
MEREDITH L. ANGUEIRA
MORRISON & FOERSTER LLP

By: */s/ Arturo J. González*
    ARTURO J. GONZÁLEZ

Attorneys for Plaintiffs
BALJIT ATHWAL, DALJIT ATWAL, WALTER WELLS, and SCOTT MCFARLANE

Dated: March 28, 2022

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP

By: */s/ Dale L. Allen, Jr.*
    DALE L. ALLEN, JR.
    PATRICK D. MORIARTY
    JOHN B. ROBINSON

Attorneys for Defendants
CITY OF MODESTO, JON EVERS, and GALLEN CARROLL

Dated: March 28, 2022

GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER

By: */s/ Angelina M. Austin*
    J. Gary Gwilliam
    Randall E. Strauss
    Jayme L. Walker
    Angelina M. Austin

Attorneys for Plaintiffs
ESTATE OF FRANK CARSON, GEORGIA DEFILIPPO, CHRISTINA DEFILIPPO AND EDUARDO QUINTANAR, JR.

JOINT STIPULATION & [PROPOSED] ORDER TO EXTEND PAGE LIMIT FOR PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' MOTION TO DISMISS
CASE NO. 1:15-CV-00311-TLN-BAM     4

sf-4764238

| | | |
|---|---|---|
| 1 | Dated: March 28, 2022 | PORTER SCOTT<br>A PROFESSIONAL CORPORATION |
| | | |
| | | By:  */s/ John R. Whitefleet<br>       John R. Whitefleet |
| | | Attorneys for Defendants<br>COUNTY OF STANISLAUS, STANISLAUS COUNTY OFFICE OF THE DISTRICT ATTORNEY, BIRGIT FLADAGER, MARLISSA FERRIERA, DAVID HARRIS, KIRK BUNCH, STEVE JACOBSON, CORY BROWN, DALE LINGERFELT, FROLIAN MARISCAL, LLOYD MACKINNON, GREG JONES, KENNETH BARRINGER |

*Parties have consented to use of their electronic signature.*

JOINT STIPULATION & [PROPOSED] ORDER TO EXTEND PAGE LIMIT FOR PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' MOTION TO DISMISS
CASE NO. 1:15-cv-00311-TLN-BAM                                                                                                      5

sf-4764238

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties:

The page limit for Plaintiffs' Oppositions to Defendants' FRCP 12(b)(6) Motions to Dismiss is extended to twenty-five (25)

**IT IS SO ORDERED.**

Dated: _____, 2022

_____
District Judge Troy L. Nunley