**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
jwhitefleet@porterscott.com
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants, COUNTY OF STANISLAUS, BIRGIT FLADAGER, MARLISSA FERREIRA, DAVID HARRIS, KIRK BUNCH, STEVE JACOBSON, and CORY BROWN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF FRANK CARSON AND GEORGIA DEFILIPPO, as an individual and as successor in interest to FRANK CARSON,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS, CITY OF MODESTO, BIRGIT FLADAGER, MARLISSA FERREIRA, DAVID HARRIS; KIRK BUNCH, STEVE JACOBSON, JON EVERS, CORY BROWN, and DOES 1-25, inclusive,<br><br>Defendants.<br>_____/ | CASE NO. 1:20:cv-00747-TLN-BAM<br><br>NOTICE OF STANISLAUS COUNTY DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT<br><br>Date: January 12, 2023<br>Time: 2:00 p.m.<br>Courtroom: 2, 15th Floor<br><br>Complaint Filed: 05/28/2020<br>First Amended Complaint Filed: 11/20/2020<br>Second Amended Complaint: 11/18/2021<br>Third Amended Complaint: 10/14/22 |

**TO PLAINTIFFS AND THEIR ATTORNEY OF RECORD:**

**NOTICE IS HEREBY GIVEN** that on January 12, 2023, at 2:00 p.m. in Courtroom 2 of the United States District Court, Eastern District of California located at 501 I Street, Sacramento, California 95814, COUNTY OF STANISLAUS, BIRGIT FLADAGER, MARLISSA FERREIRA, DAVID HARRIS, KIRK BUNCH, STEVE JACOBSON, and CORY BROWN, hereby move the Court for an order dismissing the Third Amended Complaint of Plaintiffs ESTATE OF FRANK CARSON

AND GEORGIA DEFILIPPO pursuant to Federal Rules of Civil Procedure ("Fed. R. Civ. P.") 12(b)(6) on the following grounds:

    A.    Official capacity suits are redundant to claims against the County.

    B.    Plaintiff's claims for judicial deception under the Fourth Amendment and false arrest/false imprisonment against the District Attorney Defendants Fladager, Harris, and Ferreira are barred by the statute of limitations.

    C.    Claims for false arrest/false imprisonment are barred because Plaintiff failed to comply with the California Tort Claims Act.

    D.    Plaintiff fails to state a claim for malicious prosecution against Defendants Fladager, Harris, and Ferreira.

    E.    Plaintiff fails to state a cognizable claim for retaliatory prosecution under the First and Fourth Amendments.

    F.    Plaintiff fails to adequately state a claim under the Fourteenth Amendment.

    G.    Plaintiff fails to plead sufficient facts to support a *Monell* claim.

    H.    Plaintiff fails to state a cognizable claim under Cal. Civil Code §52.1, and Defendants Fladager, Harris, and Ferreira are immune pursuant to Cal. Gov. Code §820.8.

    I.    Defendants have prosecutorial immunity under Gov. Code §821.6 for Plaintiff's Cal. Civil Code §52.1 claim.

    J.    Defendants Fladager and Harris are not proper parties to the claim for municipal liability.

This motion to dismiss is based on this notice of motion, the supporting motion and memorandum of points and authorities, the entire court file and any other pleadings, evidence or legal arguments that may be presented at the time of the hearing to the extent one is held.

Dated: November 4, 2022                    PORTER SCOTT
                                          A PROFESSIONAL CORPORATION

                                          By /s/ John R. Whitefleet
                                              John R. Whitefleet
                                              Attorney for Defendants

*(Left margin: PORTER | SCOTT, 350 University Ave., Suite 200, Sacramento, CA 95825, TEL: 916.929.1481, FAX: 916.927.3706)*