1  J. Gary Gwilliam, Esq. (State Bar No. 33430)
   Randall E. Strauss, Esq. (State Bar No. 168363)
2  Jayme L. Walker, Esq. (State Bar No. 273159)
   Angelina M. Austin, Esq. (State Bar No. 336250)
3  GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
   1999 Harrison Street, Suite 1600
4  Oakland, CA 94612-3528
   Telephone: (510) 832-5411
5  Facsimile: (510) 832-1918
   Email: ggwilliam@giccb.com; rstrauss@giccb.com; jwalker@giccb.com,
6  aaustin@giccb.com

7  *Attorneys for Plaintiffs*
   ESTATE OF FRANK CARSON; GEORGIA DEFILIPPO; CHRISTINA DEFILIPPO; &
8  EDUARDO QUINTANAR, JR.

9

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| 13  ESTATE OF FRANK CARSON AND GEORGIA DEFILIPPO, as an individual and as successor in interest to FRANK CARSON, <br><br> 15  Plaintiffs, <br><br> 16  vs. <br><br> 17  COUNTY OF STANISLAUS, CITY OF 18  MODESTO, BIRGIT FLADAGER, MARLISSA FERREIRA, DAVID HARRIS; 19  KIRK BUNCH, STEVE JACOBSON, JON EVERS, CORY BROWN, and DOES 1-25, 20  inclusive, <br><br> 21  Defendants. | Case No. 1:20-CV-00747-TLN-BAM <br><br> **JOINT STIPULATION AND ORDER TO CONTINUE OPPOSITION AND REPLY DATES IN CONNECTION WITH DEFENDANTS' MOTIONS TO DISMISS THE SECOND AMENDED COMPLAINT OF THE ESTATE OF FRANK CARSON AND THE THIRD AMENDED COMPLAINTS OF GEORGIA DEFILIPPO, CHRISTINA DEFLIPPO, AND EDUARDO QUINTANAR** |
| 23  GEORGIA DEFILIPPO AND CHRISTINA DEFILIPPO, <br><br> 24  Plaintiffs, <br><br> 25  vs. <br><br> 26  <br> 27  COUNTY OF STANISLAUS, CITY OF MODESTO, BIRGIT FLADAGER, 28  MARLISSA FERREIRA, DAVID HARRIS; | Case No. 1:18-cv-00496-TLN-BAM |

GWILLIAM IVARY CHIOSSO CAVALLI & BREWER
ATTORNEYS AT LAW
A Professional Corporation
1999 Harrison St., Suite 1600, Oakland, CA 94612

KIRK BUNCH, STEVE JACOBSON, JON EVERS, CORY BROWN, and DOES 1-25, inclusive,

Defendants.

EDUARDO QUINTANAR, JR.,

Plaintiffs,

vs.

COUNTY OF STANISLAUS, CITY OF MODESTO, BIRGIT FLADAGER, MARLISSA FERREIRA, DAVID HARRIS; KIRK BUNCH, STEVE JACOBSON, JON EVERS, CORY BROWN, and DOES 1-25, inclusive,

Defendants.

Case No. 1:18-cv-01403-TLN-BAM

Plaintiffs ESTATE OF FRANK CARSON; GEORGIA DEFILIPPO; CHRISTINA DEFILIPPO; EDUARDO QUINTANAR, JR.; ("Plaintiffs"); and defendants COUNTY OF STANISLAUS; BIRGIT FLADAGER; MARLISSA FERREIRA; DAVID HARRIS; KIRK BUNCH; STEVE JACOBSON; and CORY BROWN; ("Defendants") through their respective counsel, hereby agree and stipulate as follows:

1.      WHEREAS Plaintiffs have been served with three separate Motions to Dismiss;

2.      WHEREAS Jayme L. Walker, lead counsel for Plaintiffs CARSON; the DEFILIPPOES; and QUINTANAR is presently in trial in the Northern District (beginning on November 7, 2022 and expected to last at least through November 21, 2022);

3.      WHEREAS, Jayme L. Walker, lead counsel for Plaintiffs ESTATE OF CARSON; the DEFILIPPOES; and QUINTANAR has recently been diagnosed with COVID-19, potentially extending the dates of the above referenced trial;

4.      WHEREAS Angelina M. Austin, co-counsel for Plaintiffs CARSON; the DEFILIPPOES; and QUINTANAR, will be out of the country on a scheduled vacation from

GWILLIAM IVARY CHIOSSO CAVALLI & BREWER
ATTORNEYS AT LAW
A Professional Corporation
1999 Harrison St., Suite 1600, Oakland, CA 94612

1  November 21, 2022 through December 2, 2022;

2       5.     All parties agree that the deadline for opposing Defendants' motions to dismiss be

3  continued to December 30, 2022;

4       6.     Defendants' Reply Briefs shall be filed no later than January 26, 2023.

5       7.     That the Hearing for the Motions to Dismiss presently set for January 12, 2023 be

6  continued to February 9, 2023 at 2:00p.m.

7

8  ///

9

10  ///

11

12  ///

13

14  ///

15

16  ///

17

18  ///

19

20  ///

21

22  ///

23

24  ///

25

26  ///

27

28

STIP. AND ORDER TO CONT. OPPOSITION AND
REPLY DATES IN CONNECTION WITH
DEFENDANTS' MOTIONS TO DISMISS

3

CASE NO. 1:20-CV-00747-TLN-BAM
CASE NO. 1:18-CV-00496-TLN-BAM
CASE NO. 1:18-CV-01403-TLN-BAM

1  The stipulated briefing schedule is as follows:

2

| Plaintiffs' Opposition to Defendants' FRCP 12(b)(6) Motions to Dismiss | December 30, 2022 |
|---|---|
| Defendants' Replies (if any) | January 26, 2023 |
| Hearing Date | February 9, 2023 at 2:00p.m. |

8  IT IS SO STIPULATED.

9

10  DATE: November 14, 2022                    GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER

11

12                                                              /s/ *Angelina M. Austin*

                                                               J. Gary Gwilliam
13                                                             Randall E. Strauss
                                                               Jayme L. Walker
14                                                             Angelina M. Austin
                                                               Attorneys for Plaintiffs
15                                                             ESTATE OF FRANK CARSON , GEORGIA
                                                               DEFILIPPO, CHRISTINA DEFILIPPO AND
16                                                             EDUARDO QUINTANAR, JR.

17

18  DATE: November 14, 2022              PORTER SCOTT
                                          A PROFESSIONAL CORPORATION
19

20                                                              /s/ *John Whitefleet*\*

                                                               John R. Whitefleet
21                                                             Attorneys for Defendants
                                                               COUNTY OF STANISLAUS, STANISLAUS
22                                                             COUNTY OFFICE OF THE DISTRICT
                                                               ATTORNEY, BIRGIT FLADAGER, MARLISSA
23                                                             FERRIERA, DAVID HARRIS, KIRK BUNCH,
                                                               STEVE JACOBSON, CORY BROWN
24

25

26

27
    \* *Parties have consented to use of their electronic signature.*

28  STIP. AND ORDER TO CONT. OPPOSITION AND                    CASE NO. 1:20-CV-00747-TLN-BAM
    REPLY DATES IN CONNECTION WITH            4                CASE NO. 1:18-CV-00496-TLN-BAM
    DEFENDANTS' MOTIONS TO DISMISS                             CASE NO. 1:18-CV-01403-TLN-BAM

# **ORDER**

Pursuant to the stipulation of the parties:

The stipulated briefing schedule is as follows:

| | |
|---|---|
| Plaintiffs' Opposition to Defendants' FRCP 12(b)(6) Motions to Dismiss | December 30, 2022 |
| Defendants' Replies (if any) | January 26, 2023 |
| Hearing Date | February 9, 2023 at 2:00p.m. |

**IT IS SO ORDERED.**

Dated: November 14, 2022

_____
Troy L. Nunley
United States District Judge

STIP. AND ORDER TO CONT. OPPOSITION AND
REPLY DATES IN CONNECTION WITH
DEFENDANTS' MOTIONS TO DISMISS

5

CASE NO. 1:20-CV-00747-TLN-BAM
CASE NO. 1:18-CV-00496-TLN-BAM
CASE NO. 1:18-CV-01403-TLN-BAM