J. Gary Gwilliam, Esq. (State Bar No. 33430)
Randall E. Strauss, Esq. (State Bar No. 168363)
Jayme L. Walker, Esq. (State Bar No. 273159)
Angelina M. Austin, Esq. (State Bar No. 336250)
GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
1999 Harrison Street, Suite 1600
Oakland, CA 94612-3528
Telephone: (510) 832-5411
Facsimile: (510) 832-1918
Email: ggwilliam@giccb.com; rstrauss@giccb.com; jwalker@giccb.com; aaustin@giccb.com

Attorneys for Plaintiffs
ESTATE OF FRANK CARSON &
GEORGIA DEFILIPPO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF FRANK CARSON AND GEORGIA DEFILIPPO, as an individual and as successor in interest to FRANK CARSON,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF STANISLAUS, CITY OF MODESTO, BIRGIT FLADAGER, MARLISSA FERREIRA, DAVID HARRIS; KIRK BUNCH, STEVE JACOBSON, JON EVERS, CORY BROWN, and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 1:20-CV-00747-TLN-BAM<br><br>**JOINT STIPULATION AND ORDER FOR ADDITIONAL PAGES RE: DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT (DKT. 70)** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEY(S) OF RECORD:**

Plaintiffs ESTATE OF FRANK CARSON and GEORGIA DEFILIPPO ("Plaintiffs"); and defendants COUNTY OF STANISLAUS; BIRGIT FLADAGER; MARLISSA FERREIRA; DAVID HARRIS; KIRK BUNCH; STEVE JACOBSON; and CORY BROWN; ("Defendants") through their respective counsel, hereby agree and stipulate as follows:

1. WHEREAS Plaintiffs filed their Second Amended Complaint (SAC) on October 14, 2022 (Dkt. 70);

2. WHEREAS Defendants filed a Motion to Dismiss Plaintiffs' SAC (Dkt. 71-1);

3. WHEREAS additional space is needed to respond to the arguments raised by the Defendants;

4. All parties agree that the page limit for Plaintiffs' Opposition to Defendants' Motion to Dismiss shall be increased from 20 pages to 23 pages;

///

///

///

///

///

///

///

5. All parties agree that the page limit for Defendant's Replies to Plaintiffs' Opposition to Defendants' Motion to Dismiss shall be increased from 10 pages to 13 pages; IT IS SO STIPULATED.

DATE: January 9, 2023            GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER

/s/ *Angelina M. Austin*
J. Gary Gwilliam
Randall E. Strauss
Jayme L. Walker
Angelina M. Austin
Attorneys for Plaintiffs
ESTATE OF FRANK CARSON AND GEORGIA DEFILIPPO

DATE: January 9, 2023            PORTER SCOTT
A PROFESSIONAL CORPORATION

/s/ *John R. Whitefleet*
John R. Whitefleet
Attorneys for Defendants
COUNTY OF STANISLAUS, STANISLAUS COUNTY OFFICE OF THE DISTRICT ATTORNEY, BIRGIT FLADAGER, MARLISSA FERRIERA, DAVID HARRIS, KIRK BUNCH, STEVE JACOBSON, CORY BROWN

\* *Parties have consented to use of their electronic signature.*

# ORDER

Pursuant to the stipulation of the parties:

The page limitations will be as follows:

| | |
|---|---|
| Plaintiffs' Opposition to Defendants' FRCP 12(b)(6) Motions to Dismiss | 23 pages |
| Defendants' Replies | 13 pages |

*IT IS SO ORDERED.*

Dated: January 9, 2023

_____
Troy L. Nunley
United States District Judge