# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALJIT ATHWAL, ET AL., <br>    Plaintiff(s), <br>      v. <br> COUNTY OF STANISLAUS, ET AL., <br>    Defendant(s). | Case No.:  1:15-cv-00311-DJC-KJN <br><br> **ORDER CONSOLIDATING CASES** |
| GEORGIA DEFILIPPO, ET AL., <br>    Plaintiff(s), <br>      v. <br> COUNTY OF STANISLAUS, ET AL., <br>    Defendant(s). | Case No.:  1:18-cv-00496-DJC-KJN |
| EDUARDO QUINTANAR, JR., <br>    Plaintiff(s), <br>      v. <br> COUNTY OF STANISLAUS, ET AL., <br>    Defendant(s). | Case No.:  1:18-cv-01403-DJC-KJN |

| | |
|---|---|
| ESTATE OF FRANK CARSON AND GEORGIA DEFILIPPO,<br><br>    Plaintiff(s),<br><br>    v.<br><br>COUNTY OF STANISLAUS, ET AL.,<br><br>    Defendant(s). | Case No.:  1:20-cv-00747-DJC-KJN |
| WALTER W. WELLS, ET AL.,<br><br>    Plaintiff(s),<br><br>    v.<br><br>COUNTY OF STANISLAUS, ET AL.,<br><br>    Defendant(s). | Case No.:  1:20-cv-00770-DJC-KJN |

In accordance with the stipulation of the parties, and good cause appearing, the Court makes the following orders:

1. Pursuant to Fed. R. Civ. P. 42, the actions denominated as Baljit Athwal, et al v. County of Stanislaus, et al., Case No. 1:15-cv-00311 DJC-KJN, Georgia DeFilippo, et al. v. County of Stanislaus, et al., Case No. 1:18-cv-00496 DJC-KJN, Eduardo Quintanar, Jr. v. County of Stanislaus, et al., Case No. 1:18-cv-01403 DJC-KJN, Estate of Frank Carson and Georgia DeFilippo v. County of Stanislaus, Case No. 1:20-cv-00747 DJC-KJN, and Walter W. Wells, et al. v. County of Stanislaus, et al., Case No. 1:20-cv-00770 DJC-KJN are hereby consolidated;

2. Case No. 1:15-cv-00311 DJC-KJN is designated as the "master file;"

3. The Clerk of the Court is DIRECTED to add all complaints and answers filed in Case Nos. 1:18-cv-00496 DJC-KJN, 1:18-cv-01403 DJC-KJN, 1:20-cv-00747 DJC-KJN, and 1:20-cv-00770 DJC-KJN to the master file;

4. The Clerk of the Court is DIRECTED to administratively close Case Nos. 1:18-cv-00496 DJC-KJN, 1:18-cv-01403 DJC-KJN, 1:20-cv-00747 DJC-KJN, and 1:20-cv-00770 DJC-KJN;

5. The parties are directed to file all future pleadings, motions and other filings ONLY in Case No. 1:15-cv-00311 DJC-KJN; and

6. All remaining defendants have file answers to the operative complaints in Case No. 1:15-cv-00311 DJC-KJN (ECF Nos. 215 and 218), Case No. 1:18-cv-00496 DJC-KJN (ECF Nos. 116 and 134), Case No. 1:18-cv-01403 DJC-KJN (ECF Nos. 85 and 103), and Case No. 1:20-cv-00770 DJC-KJN (ECF Nos. 98 and 99).  Defendants County of Stanislaus, City of Modesto, Birgit Fladager, Marlissa Ferreira, David Harris, Kirk Bunch, Steve Jacobson, Jon Evers, and Cory Brown shall file responsive pleadings to the operative complaint related to Case No. 1:20-cv-00747 DJC-KJN within fourteen (14) days after service of the Third Amended Complaint (ECF No. 90) – October 17, 2023.  Fed. R. Civ. P. 15(a)(3).

IT IS SO ORDERED.

Dated: October 16, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE